UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO.   3:23CV-74-CRS

**Electronically Filed**

**MICHAEL BREWER**                                                                                      **PLAINTIFF**

v.   **NOTICE OF FILING OF REMOVAL
AND PETITION FOR REMOVAL OF STATE
COURT ACTION TO U.S. DISTRICT COURT**

**LOUISVILLE METROPOLITAN GOVERNMENT, ET AL**                              **DEFENDANTS**

\* \* \* \* \* \* \* \* \* \* \*

1.  Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant, Louisville-Jefferson County Metropolitan Government ("Metro Government"), hereby gives notice of its removal of this action from the Jefferson Circuit Court, Civil Action No. 22-CI-4213, Division Five, to the United States District Court, Western District of Kentucky, Louisville Division.

2.  This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because federal questions are involved in that the allegations set forth in the Complaint allege violations of Plaintiff's U.S. Constitutional Rights. This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 over the additional state law claims set forth in the Complaint.

3.  Removal of this civil action to the U.S. District Court for the Western District of Kentucky at Louisville is proper, pursuant to 28 U.S.C. §1441(a) and (c), since this court has original jurisdiction and the Jefferson Circuit Court and Jefferson County is located within the Western District of Kentucky. The Complaint includes federal questions alleged under 42 U.S.C. § 1983, and therefore the case is removed pursuant to 28 U.S.C. 1441(c).

4. Metro Government was served with this action on February 7, 2023. No other Defendant has been served. Therefore, removal of this action is timely pursuant to 28 U.S.C. § 1446 (b).

5. As required by 28 U.S.C. § 1446 (a), a copy of the Complaint and Summons and all other pleadings which have been received are attached to this Petition for Joint Removal. The attached documents constitute all pleadings and other documents in the file of the Jefferson Circuit Court as of this date.

6. Written notice of the filing of this Notice of Removal is being served on Plaintiff and filed with Jefferson Circuit Court in accordance with the requirements of 28 U.S.C. § 1146(d).

Respectfully submitted,

MICHAEL J. O'CONNELL
JEFFERSON COUNTY ATTORNEY

/s/ *Susan K. Rivera*
SUSAN K. RIVERA
Assistant Jefferson County Attorney
200 S. Fifth Street, Suite 300N
Louisville, KY  40202
(502) 574-3076
*Counsel for Defendants*

<u>CERTIFICATE</u>

 I hereby certify that a true and correct copy of the foregoing was served electronically through the E-Filing system and mailed via First-Class Mail, postage prepaid, this 13th day of February, 2023, upon the following:

Colin D. Edmundson
Edmundson Law Office, PLLC
908 Minoma Ave.
Louisville, KY 40217
*Counsel for Plaintiff*

            /s/ *Susan K. Rivera*
            SUSAN K. RIVERA